UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BISMARK FONSECA-VANEGAS, | ) | |
| Petitioner, | ) | 3:07-cv-00400-JCM-VPC |
| vs. | ) | **ORDER** |
| IMMIGRATION AND NATURALIZATION SERVICE, *et al.*, | ) | |
| Respondents. | ) | |

This action is a *pro se* petition for a writ of habeas corpus filed by a Nevada prisoner. According to the Nevada Department of Corrections Offender Tracking Information System, petitioner is no longer in custody.

Pursuant to the Antiterrorism and Effective Death Penalty Act ("AEDPA"), a federal challenge to a state court judgment is limited to those inmates who are in custody pursuant to a state conviction:

> The Supreme Court, a Justice thereof, a circuit judge, or a district court shall entertain an application for a writ of habeas corpus in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States.

1  28 U.S.C. § 2254(a). Because custody is a statutory jurisdictional prerequisite, a federal district
2  court may only consider a habeas petition if the petitioner is in custody. *Maleng v. Cook*, 490 U.S.
3  488, 490-91 (1989). Moreover, a case becomes moot if there is no longer a case or controversy
4  following petitioner's release from custody. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998). A petition
5  becomes moot following petitioner's release from custody where petitioner does not show collateral
6  consequences. *Spencer,* 523 U.S. at 12-13; *Wilson v. Terhune*, 319 F.3d 477, 480-81 (9th Cir. 2003);
7  *Cox v. McCarthy*, 829 F.2d 800, 803 (9th Cir. 1987); *Naylor v. Superior Court*, 558 F.2d 1363, 1365-
8  66 (9th Cir. 1977). As such, this action is dismissed as moot.

9          **IT IS THEREFORE ORDERED** that this action is **DISMISSED** with prejudice.
10         **IT IS FURTHER ORDERED** that the clerk of court shall enter judgment
11 accordingly.
12         DATED this 30th day of August, 2010.

13
14                           _____
                               UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26