AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

BISMARK FONSECA-VANEGAS,

     Petitioner,     **JUDGMENT IN A CIVIL CASE**

V.

     CASE NUMBER: **3:07-CV-00400-JCM-VPC**

IMMIGRATION AND
NATURALIZATION SERVICE,

     Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice.

  08/30/2010                                          **LANCE S. WILSON**
                                                            Clerk

                                                          /s/ P. McDonald
                                                         Deputy Clerk